**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| **CRYSTAL JOHNSON, NANCY KEBORT, KAREN LANGSTON, PAMELA SHEEHAN-PETERSON, AND LESLIE ANN WILLIAMS,** *individually and on behalf of all others similarly situated*, <br><br> **Plaintiffs,** <br><br> **vs.** <br><br> **PAPARAZZI, LLC,** <br><br> **Defendant.** | Civil Action No.  5:22-cv-00170-M <br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Robert L. Lindholm of the law firm of Nelson Mullins Riley & Scarborough, LLP hereby gives notice of his appearance for Defendant, Paparazzi, LLC.  Please serve all future documents, including but not limited to pleadings, notices, motions, discovery, and correspondences upon Robert L. Lindholm.

Respectfully submitted this 24th day of June, 2022.

/s/Robert L. Lindholm
Robert L. Lindholm
N.C. Bar No. 52800
NELSON MULLINS RILEY &
  SCARBOROUGH LLP
301 S. College Street, 23rd Floor
Charlotte, North Carolina 28202
T: (704) 417-3000
F: (704) 377-4814
Email: robert.lindholm@nelsonmullins.com

*Attorney for Defendant Paparazzi, LLC*

1