Name (Bar No.): _____

Firm:_____

Address:_____

Telephone:_____

Email: _____

*Attorney(s) for* _____

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| _____, <br><br> Plaintiff, <br><br> v<br>. <br><br> _____, <br><br> Defendant. | MOTION FOR PRO HAC VICE ADMISSION <br><br> CASE NO: 2:22-cv-00439-JNP-DBP |

I move for the pro hac vice admission of _____

(Applicant) as counsel for _____ , and I consent to serve as local

counsel. The application and proposed order are attached as exhibits, and the

admission fee will be paid to the court at the time of filing. I certify that the Applicant:

is not a member of the Utah State Bar.

does not maintain a law office in Utah.

has not been admitted pro hac vice in any case in this district

in the previous 5 years.

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

_____

_____

_____

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

_____

_____

_____

DATED:_____.

_____
Signature