

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Douglas Farr (13208) |
| Firm: | Buchalter, A Professional Corporation |
| Address: | 111 S. Main Street, Suite 600 |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 401-8625 |
| Email: | dfarr@buchalter.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Robert L. Lindholm |
| Firm: | Nelson Mullins Riley & Scarborough LLP |
| Address: | One Wells Fargo Center, 23rd Floor |
| | 301 South College Street, Charlotte, NC 28202 |
| Telephone: | 704-417-3231 |
| Email: | robert.lindholm@nelsonmullins.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State Bar of Massachusetts | 672925 | 1/27/2009 |
| State Bar of New York | 4689287 | 2/9/2009 |
| State Bar of North Carolina | 52800 | 12/1/2017 |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted? ☐ Yes ☒ No

If yes, please explain:

N/A

## LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Lori Teske and Terri Franklin v. Paparazzi, LLC, et al. | 4:22-cv-00035-DBB-PK | 07/13/2022 |
| | | |
| | | |
| | | |
| | | |
| | | |

I certify that I am a member in good standing of all bars to which I have been admitted. ☒ Yes ☐ No

I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. ☒ Yes ☐ No

I certify that the foregoing is true and correct and is subject to the penalty of perjury. ☒ Yes ☐ No

_____
Signature

August___, 2022_____
Date