

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Douglas Farr (13208) |
| Firm: | Buchalter, A Professional Corporation |
| Address: | 111 S. Main Street, Suite 600 |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 401-8625 |
| Email: | dfarr@buchalter.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Wesley T. Moran |
| Firm: | Nelson Mullins Riley & Scarborough, LLP |
| Address: | 3751 Robert Grissom Parkway, Suite 300 |
| | Myrtle Beach, SC 29577 |
| Telephone: | (843) 946.5686 |
| Email: | wes.moran@nelsonmullins.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| South Carolina | 102787 | 11/07/2016 |
| U.S. District Court for the State of S.C. | 12797 | |
| 4th Circuit Court of Appeals | | |
| | | |
| | | |
| | | |

1

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?  ☐ Yes    ☒ No

If yes, please explain:

N/A

## **LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Lori Teske and Terri Franklin v. Paparazzi, LLC, et al. | 4:22-cv-00035-DBB-PK | 07/13/2022 |
| | | |
| | | |
| | | |
| | | |
| | | |

I certify that I am a member in good standing of all bars to which I have been admitted.  ☒ Yes    ☐ No

I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility.  ☒ Yes    ☐ No

I certify that the foregoing is true and correct and is subject to the penalty of perjury.  ☒ Yes    ☐ No

_____
Signature

August\_\_, 2022_____
Date

2