IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CRYSTAL JOHNSON, et al.,<br><br>            Plaintiffs,<br><br> v.<br><br>PAPARAZZI, LLC,<br><br>            Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION<br><br>CASE NO: 2:22-cv-00439-JNP-DBP |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Wesley T. Moran.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this _____ day of _____, 2022.

BY THE COURT:

_____
Name
Title